124 F.3d 187
 John T. McMahon, Thomas J. McMahon, Debbie McMahon v. Thomas
V.
Spano, Betsy Spano, First 202 Corp., T.V. Spano Development
Companies, Greenbriar Associates, 202 Island Car Wash, Car
Wash Operating Company, Inc., Dilworthtown Associates, First
Commerce Associates, 202 Island Car Wash, Inc., Dunn, Haase,
Sullivan, Mallon, Cherner and Broadt, Tim Sullivan, Jack Del
Pizzo, Bliss & Co., Ltd., Commonwealth Land Title Co.
 NO. 96-2076
 United States Court of Appeals,
Third Circuit.
 July 21, 1997
 
 Appeal From: E.D.Pa. ,No.96cv03957 ,
 Broderick, J.
 
 
 1
 Affirmed.